

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00277-CV

**IN RE** Jorge Alberto **OROZCO**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
             Adrian A. Spears II, Justice
             Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On May 5, 2025, relator, Jorge Alberto Orozco, filed this petition for mandamus relief challenging the oral pronouncements of rulings on the admissibility of testimony by his designated expert, Jennifer Murillo. This court has reviewed the petition, the record presented, and the applicable law. Relator has not established that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CVA001779D3, styled *Alfonso Hernandez Lara, Maria Elena Lara, vs. Jorge Alberto Orozco*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Jose I. Maldonado, Jr. presiding.